**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**LANDRY DIXON** CIVIL ACTION
Plaintiff

**No. 21-**

-Vs-

**VETERANS AFFAIRS ADMINISTRATION;** MIKE STRONG; Adult Female **VA A**dministrator-**1**; Adult Male **VA A**dministrator-**2**; Adult Male **VA A**dministrator-**3**, and Adult Male **VA A**dministrator-**4**
Defendant(s)

22-46

DistrictJudge:
Magistrate: SECT. T MAG 2

**JURY TRIAL** DEMANDED

Filed:_______________ ________________________
Deputy Clerk

## ELDER-NEGLECT AND ELDER-ABUSE COMPLAINT

**(Worship** should always be made to **precede**work and/or warfare.**)**

## JURISDICTION

**The JURISDICTION IN THIS CIVIL ACTION** is a binary jurisdictional-duality that is authoritatively situated *adjacent to* the UNITED STATES GOVERNMENT and a NATIONALDEPARTMENT OF DEFNSE (DOD) Administrative -Services branch of our FEDERAL REPUBLIC, our VETERANS AFFAIRS ADMINISTRATION (VAA). AS such, this Federal Judicial Jurisdiction (FJJ) is historically established and continuously acknowledged.

/////////////////////////////

## THE CIVIL COMPLAINT

**Now into Court** enters the **PRO SE** Plaintiff, LANDRY DIXON, who identifies, before this Honorable United States District Court for the Eastern District of Louisiana, as the PRO SE Plaintiff, **LANDRY DIXON**, in this pending Civil Matter, and represents the following enumerated facts attending to this Civil Matter at bar. ////////////////////////////////

**1.**

TENDERED FOR FILING

JAN 10 2022

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

**PLAINTIFF avers that** he has been attempting to persuade the members of the local, ORLEANS Parish Louisiana based South East LouisianaVeterans Affairs Administration Office(SEL – VAA -O) since January of 2021, in a series of failed attempts at getting this VAA Office to terminate its affiliation with the US Bank, "BAN CORP," because of seriously noted flaws and fraudulent activities, as already recorded on an affiliated Louisiana Eastern District (LAED) Civil Case File, cv-21-01268, Section "T" (4). **THIS** litigiously links the pending US Bank, *BAN CORP* case file to **two** presently pending case files within the LAED: 1) the Wells Fargo Bank case file, cv-21-01268, and the pending LAEDUS BANK case file, cv-21-01924, respectively. **//////**

**2.**

**PLAINTIFF avers that** he has NEVER received neither a**first**nor a**subsequent**responsive reply to any of this PLAINTIFF's sundry inquiries at the local VA Administrative office in the New Orleans South Eastern Louisiana's local or regional Office. ///// **3.**

**This elderly disabled NEGRO PLAINTIFF,** LANDRY DIXON, does acknowledge having made a person-to-Administrative **RegionalOffice** (RO) contact with the official person of one, Regional VA Administrative **HQ Person,** MR. MKE STRONG, circa 1100 hours, CST, this past Wednesday, 12/29/2021, who informed the elderly PLAINTIFF that it was indeed a mystery to this OFFICER STRONG as to just why the person of this ELDERLY AMERICAN VETERAN, "LANDRIS DIXON" had been having his US BANK directly-deposited funds withheld for **more than** eight (8) months for NO known reason or rationale.

**4.**

**This elderly disabled NEGRO PLAINTIFF,** LANDRY (aka LANDRIS) DIXON, through the months and years of PLAINTIFF's affiliation and association with aggregate number of identified CORPORATE and identified HUMAN DEFENDANTS had habituated a *general religious habit of sharing* at least TWO, **core,** *biblical* **truths** with MOST of these identified CORPORATE and identified HUMAN DEFENDANTS: **(1) That our CREATOR, "**YHWH,**"** **(YH/** "Your Helper" – **WH/** "World Healer" is a **BLACK** reality; and (**2**) **that our SAVIOR,** "YAH' SHUA," (initiate para-

*Phrasing/*"**Y**ou **A**re **H**OLY" / "YOU are THIS WONDERFUL **SALVATION** of our global HUMANITY."); THIS SAVIORIs a **BLACK(***PALESTINIAN-BORN*) **MAN,** Who is of **AFRICAN** Ancestry.

//////////////////////////////////////////////////////////////

**5.**

**THIS PLAINTIFF IS and remains** PERSUADED that he, LANDRY/*LANDRIS*DIXON, has been **made** the *antagonistically--HISTORICAL***victim** ofPERSISTENT PAST (and*Presenting)***ELDERNEGLECT** and **ELDER ABUSE,** IN DIRECT CONTROVENTION OF OUR **FIRST** US CONSTITUTIONAL **HUMAN RIGHT / the FIRST US AMENDMENT** -- to WIT: "Congress will make 'NO LAW respecting *anyreligiously*-related***BIBLICAL*** *introductory—* ESTABLISHMENT***therein***, ***thereof***and/or ***thereto*** ***without exception.***

*/////////////////////////////////*

**CONSIDERING THE CONTENT AND WEIGHT OF THE** truth-telling CONSTITUTIONAL, as well as***biblical*****,RIGHT's** of this PLAINTIFF, LANDRY/*LANDRIS* DIXON, WHO, **PRAYS THE FOLLOWING**: */////////*

**THAT**said**DOD****CORPORATE DEFENDANT**, VETERANS AFFAIRS ADMINISTRATION,be made to pay **punitive**damages to thenonprofit of the PLAINTIFF,**DELF USA MISSIONARY MINISTRY**, in the amount of **$25,000,000.000**(25 Billion dollars) **per year** for**ten** (**10**) consecutive**years, immediately** pursuant to this **FINAL JUDGMENT**.

*/////////////////////////////////*

**RESPECTFULLY SUBMITTED,** thisTHURSDAY, the 30th day of December, 2021
NEW ORLEANS, LOUISIANA

*//////////////////////////////////*

LANDRY DIXON, PRO SE PLAINTIFF 504/309-3632 504/777-0072 504/220-4257
www.usabible.org www.pathway2paradise.org *////////////////////*

## CERTIFICATION OF SERVICE

**I,** LANDRY DIXON, do hereby certify that on thisThursday, and date,12/30/2021, a true and accurate photocopy of this Civil/Criminal COMPLAINT has been forwarded to CORPORATE DEFENDANT Namedat the below listed addressesby forwardingsame intoa sealed USPS envelop with ample postage: *////////////////////////////*

**RegionalVeterans AA HQ**
REGIONAL OFFICE & INS CTR
P O Box **42954**

**South East Louisiana VA**
Pension & Benefits Division
**2400** Canal Street, First Floor

**Regional VAA**
**1250** Poydras St.
Second Floor

DIXON v. SOCIAL SECURITY ADMINISTRATION, Et Al

Wissahickon Ave & Manhattan St New Orleans, LA 70130 NO LA 70113
Philadelphia, PA 19101-2954

/S/ LANDRY DIXON ////////////////////////////////////////////////////////////////////////////

4



DELF

***DELF USA Bible***
P.O. Box 770260
New Orleans, LA 70177
www.pathway2paradise.org

NEW ORLEANS LA 700
7 JAN 2022 PM 1 L

Clerk of US Courts
500 Poydras St
New Orleans, LA 70130
70130-99



