UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LANDRY DIXON**                                              CIVIL NO. 22-46

**VERSUS**                                                    SECTION: T(2)

**VETERANS AFFAIRS
ADMINISTRATION, et al**

## ORDER

On May 12, 2022, the Magistrate Judge issued a Report and Recommendation, recommending that the Plaintiff's Complaint [5] be **DENIED** as frivolous.[1] The Plaintiff failed to comply with the Magistrate Judge's show cause Order and did not file an objection to the Report and Recommendation. Having carefully considered the filings, the applicable law, and the Magistrate Judge's Report and Recommendation, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** the Report as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that the Report and Recommendation is **ADOPTED** as the Court's opinion.

**IT IS FURTHER ORDERED** that the plaintiff's complaint be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e)(2).

New Orleans, Louisiana this 31st day of May, 2022.

_____
Hon. Greg Gerard Guidry
United States District Judge

---

[1] R. Doc. 8.